IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY GIPSON
ADC #105246                                                                              PLAINTIFF

v.                             No. 3:20-cv-141-DPM

BRENT COX, Administrator, Greene
County Detention Center; and
STEVE FRANKS, Sheriff, Greene County                              DEFENDANTS

ORDER

Gipson hasn't responded to the recommendation; instead, his mail is now being returned undelivered. *Doc. 5.* The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 4.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gipson's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 July 2020