IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY GIPSON
ADC #105246                                                                PLAINTIFF

v.                          No. 3:20-cv-141-DPM

BRENT COX, Administrator, Greene
County Detention Center; and
STEVE FRANKS, Sheriff, Greene County                    DEFENDANTS

## JUDGMENT

Gipson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

17 July 2020